675 A.2d 1220

**GWYNEDD DEVELOPMENT GROUP, INC., et al., Petitioner,**

**v.**

**DEPARTMENT OF LABOR AND INDUSTRY,
Bureau of Labor Standards, Respondents.**

Supreme Court of Pennsylvania.

May 21, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 21st day of May, 1996, the Petition for Allowance of Appeal is hereby **GRANTED, BUT LIMITED** to the following issue:

Whether the Wage Payment and Collection Law violates due process by virtue of the prejudgment execution on an employer's assets if the employer fails to post a bond.

NEWMAN, J., did not participate in the consideration or decision of this matter.